UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **DANELLE M. MURCH,**<br><br>　　　　**Plaintiff,**<br>vs.<br><br>**FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br><br>　　　　**Defendant.** | **NO.: CV 25-24-GF-JTJ**<br><br><br><br>**ORDER** |

　　Plaintiff Danelle M. Murch ("Murch"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. Plaintiff requests $9,708.43 in fees.　Defendant Commissioner of Social Security ("Commissioner") has been contacted and does agree to Plaintiff's application for fees in this amount. Accordingly, **IT IS ORDERED** that Defendant shall pay $9,708.43 in fees under the Equal Access to Justice Act, 28 U.S.C. §2412.

　　**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-

**1**

Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows:

> Seidlitz Law Office
> P.O. Box 1581
> 12 – 6th Street South, 1A
> Great Falls, MT 59403-1581

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and any remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney.

DATED this 15th day of December, 2025.

_____
John Johnston
United States Magistrate Judge